UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>FEDERICO GARCIA,<br><br>            Defendants. | Case No.  1:16-cr-00176-DAD-BAM-9<br><br>ORDER GRANTING MOTION TO DISMISS INDICTMENT<br><br>(Docs. 107, 109) |

   The United States of America, having moved this Court to dismiss the indictment in this action as to above-named defendant only pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice and in the interest of justice and good cause appearing;

   The indictment shall be dismissed without prejudice as to the above named defendant only in the interest of justice.

   The clerk of the court is directed to close the case as to this defendant only.

IT IS SO ORDERED.

   Dated:   **March 8, 2017**                    _____
                                                  UNITED STATES DISTRICT JUDGE

1